**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FREEDOM WATCH, INC.**<br><br>                    Plaintiff,<br>    v.<br><br>**DEPARTMENT OF JUSTICE,** *et al.*<br><br>                    Defendants. | Civil Action No. 1:18-cv-00831<br><br>Assigned to<br>Judge Tanya S. Chutkan |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
AT THE HEARING SCHEDULED FOR DECEMBER 14, 2018**

Plaintiff Freedom Watch, Inc. hereby respectfully requests that this honorable Court grant leave to appear telephonically at the scheduled hearing of December 14, 2018. Counsel for Plaintiff Freedom Watch is currently on the west coast and during this holiday period, is short-staffed. Additionally, Plaintiff's office is also facing a sudden influx of unforeseen urgent client matters. They include (1) the representation of two persons before the Mueller grand jury; (2) the representation of a client who needs to file for immediate injunctive relief after having been removed from Twitter and Facebook, threatening her livelihood; and (3) the representation of a Christian client who is in federal lock up in the Federal Detention Center in Terre Haute, Indiana and whose life has been threatened by Muslim inmates, who have already killed another inmate and for which an FBI investigation has been initiated and is underway.

Appearing telephonically will not prejudice Defendant. Indeed, Defendant does not object to the requested relief.

1

**Dated**: December 3, 2018

                                  Respectfully Submitted,

                                  /s/ *Larry Klayman*
                                Larry Klayman, Esq.
                                D.C. Bar No. 334581
                                Freedom Watch, Inc.
                                2020 Pennsylvania Ave. NW, Suite 345
                                Washington, DC 20006
                                Tel: (310) 595-0800
                                Email: leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 3, 2018, a true and correct copy of the foregoing was filed and served electronically using CM/ECF to the U.S. District Court for the District of Columbia.

                                /s/ *Larry Klayman*
                                Larry Klayman, Esq.
                                D.C. Bar No. 334581
                                Freedom Watch, Inc.
                                2020 Pennsylvania Ave. NW, Suite 345
                                Washington, DC 20006
                                Tel: (310) 595-0800
                                Email: leklayman@gmail.com